**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-7300**

—————————

KENNY DREW SAYRE, SR.,

Plaintiff - Appellant,

versus

WAYNE L. GODWIN, Sheriff; ROBERT LINVILLE,
Chief Jailer; CARMINE J. CANN, Commissioner;
EDGAR C. SIEGRIST, Commissioner; JAMES A.
VARNER, Commissioner,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  William M. Kidd, Senior District Judge.  (CA-97-148-1)

—————————

Submitted:  November 20, 1997     Decided:  December 11, 1997

—————————

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Kenny Drew Sayre, Sr., Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a West Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Sayre v. Godwin, No. CA-97-148-l (N.D.W. Va. Sept. 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED